

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2015

No. 04-14-00670-CR

Simon Rene **GARCIA**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR10101
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant's reply brief was due on August 6, 2015. *See* TEX. R. APP. P. 38.6(c). The day before the brief was due, Appellant filed an unopposed first motion for an extension of time to file the reply brief until August 17, 2015.

Appellant's motion is GRANTED. *See id.* R. 38.6(d). Appellant's reply brief must be filed in this court by August 17, 2015. *See id.* R. 38.3 (authorizing an "appellate court [to] consider and decide the case before a reply brief is filed").

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court